ALLICIA B. TOMOLO, ESQ.
SBN 12116
3080 South Durango Drive, Ste 207
Las Vegas, Nevada 89117
Telephone: (702) 946-8440
Fax: (702) 946-1035
abtomolo@gmail.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Abilio Hernandez,            )
                             )
    Plaintiff,              )
                             )  Case No. 2:19-cv-00291-JCM-VCF
vs.                          )
                             )
Allied Collection Services, Inc. )  **STIPULATION AND ORDER**
                             )  **EXTENDING TIME FOR**
                             )  **DEFENDANTS RESPONSE TO**
    Defendant.              )  **PLAINTIFF'S COMPLAINT**
_____)

## **STIPULATION**

Defendant, Allied Collection Services, Inc. ("Defendant"), by and through their respective counsel, hereby represent, and Plaintiff, Abilio Hernandez ("Plaintiff") does not object, as follows:

1. On February 19, 2019 Plaintiff filed a Complaint in the above entitled action ("Complaint").

2. Defendant was served with the Complaint on February 22, 2019.

3. The Complaint was based on facts and allegations of an underlying judgment ("Collection Judgment") based on a Confession of Judgment, identified in Las Vegas Justice Court as Case No. 08C-001076.

4. Counsel for Defendant conferred with Plaintiff's counsel in the instant matter on March 8, 2019 regarding an extension of time to file a responsive pleading.

5. In an effort to attempt to resolve this action and to mitigate any further expenditure of time and costs, Plaintiff and Defendant have stipulated and agreed to extend the allowable time for Defendant to file a responsive pleading through April 1, 2019.

6. Defendants have requested the foregoing extension, and Plaintiff has agreed to that request.

7. This is the first request for an extension of this deadline made by the parties.

**DATED** this 14th day of March 2019.

| | |
|---|---|
| Allicia B. Tomolo, Esq. | KAZEROUNI LAW GROUP, APC |
| By:/s/ Allicia B. Tomolo, Esq. <br> ALLICIA B. TOMOLO, ESQ. <br> State Bar No: 265696 <br> 3080 South Durango Drive, Suite 207 <br> Las Vegas, NV 89117 <br> (702) 946-8440 <br> (702) 946-1035 Fax | By: /s/ Michael Kind, Esq. <br> Michael Kind, Esq. <br> State Bar No: 13903 <br> 6069 South Ft. Apache Road, #100 <br> Las Vegas, NV 89147 <br> (702) 400-6808 x7 <br> mkind@kazlg |
| Attorney for Defendants <br> Cash Kingdom, LLC d/b/a Cash Kingdom <br> and Law Office of Sean P. Hillin, P.C. | Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of March, 2019.