Michael Kind, Esq.
Nevada Bar No.: 13903
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com
*Attorneys for Plaintiff Abilio Hernandez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Abilio Hernandez,<br><br>Plaintiff,<br><br>v.<br><br>Allied Collection Services, Inc.,<br><br>Defendant. | Case No.: 2:19-cv-00291-JCM-VCF<br><br>**Second Stipulation for extensions of time to respond to motions [ECF Nos. 18, 20]**<br><br>**(Second Request)** |

Abilio Hernandez ("Plaintiff") and Allied Collection Services, Inc. ("Defendant"), by and through their respective counsel, hereby submit this stipulation for extensions of time for the parties to respond to Plaintiff's motion for summary judgment, ECF No. 18, and Defendant's motion for an order withdrawing admissions under FRCP 36(b), ECF No. 20. Plaintiff's response is currently due on July 11, 2019. ECF No. 24. Defendant's response is currently due on July 17, 2019. ECF No. 24.

The parties are still actively engaged in discussions that may potentially resolve or limit the scope of these pending motions, but need additional time to finalize their discussions. The parties therefore jointly, and in good faith, request an extension of time to respond to the pending motions. This is the second request for

an extension of these deadlines.

The Parties therefore stipulate that:

(1) Plaintiff's response to Defendant's motion for an order withdrawing admissions under FRCP 36(b), ECF No. 20, shall be due on **July 25, 2019**; and

(2) Defendant's response to Plaintiff's motion for summary judgment, ECF No. 18, shall be due **July 31, 2019**.

DATED this 9th day of July 2019.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**CARLSON & MESSER LLP**

By: /s/ David Kaminski
David Kaminski, Esq.
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
*Attorneys for Defendant*
*Allied Collection Services, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 11, 2019

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 9, 2019, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148