David J. Kaminski (CA SBN 128509), *pro hac vice*
kaminskid@cmtlaw.com
J. Grace Felipe (CA SBN 190893), *pro hac vice*
felipeg@cmtlaw.com
**CARLSON & MESSER LLP**
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

Attorneys for Defendant,
ALLIED COLLECTION SERVICES, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ABILIO HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALLIED COLLECTION SERVICES, INC.,<br><br>　　　　　Defendant. | Case No.: 2:19-cv-00291-JCM-VCF<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP 4l(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED by and between Plaintiff **ABILIO HERNANDEZ** ("Plaintiff") and Defendant **ALLIED COLLECTION SERVICES, INC.** ("Defendant"), through their respective counsel, that the above-captions action is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41. Each party shall bear their own costs and expenses.

IT IS SO STIPULATED.

Dated: June 3, 2020　　　　　　　　　　　　　Respectfully submitted,

| **KAZEROUNI LAW GROUP, APC** | **CARLSON & MESSER LLP** |
|---|---|
| By: /s/ Gustavo Ponce<br>Gustavo Ponce, Esq.<br>6069 South Fort Apache Rd., Suite 100<br>Las Vegas, Nevada 89148<br>Attorneys for Plaintiff | By: /s/ J. Grace Felipe<br>J. Grace Felipe, Esq., *pro hac vice*<br>5901 W. Century Boulevard Suite 1200<br>Los Angeles, California 90045<br>Attorneys for Defendant |

## ATTESTATION AND CERTIFICATE OF SERVICE

I, J. Grace Felipe, am the ECF user whose identification and password are being used to file the Stipulation for Dismissal of Entire Action.  Pursuant to Civil Local Rule IC 5-1(d), I hereby attest that all counsel whose electronic signatures in the Stipulation for Dismissal of Entire Action provided their authority and concurrence to file this document.

DATED:  June 3, 2020                                  **CARLSON & MESSER LLP**

                                                                                     s/J. Grace Felipe
                                                                                     J. Grace Felipe

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 3, 2020, the foregoing Stipulation for Dismissal of Entire Case, was filed and served via CM/ECF to all parties appearing in this case.

**CARLSON & MESSER**

By: /s/ J. Grace Felipe
    J. Grace Felipe, Esq.
    David J. Kaminski, Esq.
    5901 W. Century Blvd., Suite 1200
    Los Angeles, California 89148

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABILIO HERNANDEZ, | Case No.: 2:19-cv-00291-JCM-VCF |
| Plaintiff, | **ORDER TO DISMISS** |
| vs. | |
| ALLIED COLLECTION SERVICES, INC., | |
| Defendant. | |

   IT IS HEREBY ORDERED that pursuant to the Stipulation to Dismiss of the Parties, that this matter is dismissed in its entirety, with prejudice, pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

   Each party shall bear their own costs and attorneys' fees.

Dated: June 8, 2020.

_____
Judge James C. Mahan
Honorable Judge of the District Court